# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FELIX GUZMAN RIVADENEIRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15CV948 RLW |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, et al., ) | |
| ) | |
| Defendant, ) | |

## MEMORANDUM AND ORDER

Plaintiff, an immigration detainee in Illinois, brings this action against several federal agencies alleging, in an entirely conclusory manner, that federal immigration detainment centers deny those detained there of their constitutional rights. He wishes to enact new laws regarding immigration detainment. He has filed this same action in approximately fifty-three other federal district courts.

Venue is not proper in this district as none of the defendants are located here. *See* 28 U.S.C. § 1391. Dismissal of this action is proper under 28 U.S.C. § 1406(a).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [ECF No. 4] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

An Order of Dismissal will be filed separately.

Dated this 9th Day of July, 2015.

*Ronnie L. White*

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE

2